FILED

08/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0001

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 24-0001

_____

STATE OF MONTANA,

     Plaintiff,

  vs.                                    O R D E R

PATRICK S. RYERSON,

     Defendant.

_____

The Honorable Matthew J. Cuffe, presiding Judge in Cause No. BDC-2024-6 in the Eighth Judicial District Court, Cascade County, has forwarded to this Court a motion filed by Defendant Patrick S. Ryerson. While Ryerson's filing is uncaptioned, Judge Cuffe has forwarded the filing to this Court because it is, in substance, a motion for disqualification for cause pursuant to § 3-1-805, MCA.

Section 3-1-805, MCA, provides that an affidavit for disqualification for cause must be accompanied by a certificate of counsel of record—in this case Ryerson as a self-represented litigant—that the affidavit has been made in good faith. Furthermore, "[a]ny affidavit . . . which does not allege facts showing personal bias or prejudice may be set aside as void." In this case, Ryerson has provided no affidavit or certificate of good faith. In his filing, he alleges Judge Cuffe appointed another judge who violated Ryerson's constitutional rights in some way. The remainder of Ryerson's filing consists of complaints about judges, attorneys, and the legal system in general. Ryerson alleges no facts demonstrating personal bias or prejudice. As a result, it is unnecessary to appoint a district judge to hear this matter.

IT IS THEREFORE ORDERED that the motion to disqualify District Judge Matthew J. Cuffe from Cascade County Cause No. BDC-2024-6 is DENIED.

The Clerk is directed to provide copies of this Order to the Clerk of the District Court of Cascade County for notification to Petitioner, to all parties of record in Cause No. BDC-2024-6, and to the Honorable Matthew J. Cuffe.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 16 2024